UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAILEY LOVE,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM TYTUS, JOHN DOES 1-5,<br><br>Defendant. | 23-146 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion for relief from deadlines, docket no. 19, is GRANTED. The parties are DIRECTED to engage in a Rule 26(f) conference twenty (20) days after the Court rules on the pending summary judgment motion, docket no. 18, and file a Joint Status Report thirty (30) days after the Court's pending summary judgment order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of March, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1